# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| United Support Solutions | ) ASBCA No. 59553 |
| | ) |
| Under Contract No. W911N2-13-D-0004 | ) |

APPEARANCE FOR THE APPELLANT:  Lawrence J. Sklute, Esq.
    Sklute & Associates
    Potomac, MD

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    CPT Lyn P. Juarez, JA
    Trial Attorney

## ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within three years from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 18 December 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59553, Appeal of United Support Solutions, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals